# OPINIONS PER CURIAM, FROM MARCH TO DECEMBER, 1905.

No. 24. LUGO *v.* GONZÁLEZ.—Appeal from the District Court of Mayagüez. Decided March 21, 1905. Dismissed because of noncomplaince with section 299 of the Code of Civil Procedure and sections 50, 51 and 54 of the Rules. *Mr. Smith,* for appellant; *Mr. García Cuervo,* for adverse party.

---

No. 25. CÁMARA *v.* ESTATE OF BOSCH.—Appeal from the District Court of Mayagüez. Decided March 21, 1905. Dismissed for noncompliance with section 299 of the Code of Civil Procedure, and sections 50, 51 and 54 of the Rules. *Mr. Quintero,* for appellant; *Mr. Ramírez,* for adverse party.

---

No. 44 MONTOYA *v.* ORTIZ.—Appeal from the District Court of Mayagüez. Decided April 3, 1905. Desisted from at the instance of party appellant. *Mr. Texidor,* for appellant.

---

No. 74. RODRÍGUEZ *v.* CANALS HERMANOS & Co.—Appeal from the District Court of Ponce. Decided April 4, 1905. Desisted from at the instance of party appellant. *Mr. López de Tord,* for appellant.

---

No. 106. MONTILLA *v.* VAN SYCKLE ET AL.—Motion for reduction of bond on appeal taken from judgment of the Supreme Court of Porto Rico to the Supreme Court of the United States. Decided April 5, 1905. Motion granted. *Messrs. Hartzell and Rodríguez Serra,* for petitioner; *Mr. Acuña,* for adverse party.